UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 20-167 NEB/TNL

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(d)(1) |
| v. | 18 U.S.C. § 924(e)(1) |
| | 28 U.S.C. § 2461(c) |
| GAGE ANTHONY NORRIS, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of Firearm – Armed Career Criminal)

On or about May 15, 2020, in the State and District of Minnesota, the defendant,

**GAGE ANTHONY NORRIS,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies committed on occasions different from one another:

| Crime | Jurisdiction | Date of Conviction (on or about) |
|---|---|---|
| 1st Degree Burglary | Ramsey County, Minnesota | January 15, 2014 |
| 2nd Degree Burglary | Ramsey County, Minnesota | April 18, 2014 |
| 1st Degree Aggravated Robbery | Hennepin County, Minnesota | August 15, 2014 |
| 2nd Degree Burglary | Hennepin County, Minnesota | October 21, 2015 |

and knowing he had been convicted of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Sun City Machinery Co. Stevens 320 12 gauge shotgun, bearing serial number 152999G; all in violation of Title 18, United States Code,



SCANNED
AUG 1 1 2020
U.S. DISTRICT COURT MPLS

United States v. Gage Anthony Norris

Sections 922(g)(1) and 924(e)(1).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States any and all firearms, accessories, and ammunition involved in or used in connection with said count of conviction, including but not limited to a Sun City Machinery Co. Stevens 320 12 gauge shotgun, bearing serial number 152999G, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                 FOREPERSON