UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
Criminal No. 20-CR-167 (NEB/TNL)

===========================================================================

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **DEFENDANT'S MOTION** |
| ) | **TO SUPPRESS WARRANTLESS** |
| ) | **VEHICLE SEARCH** |
| vs. ) | |
| ) | |
| Gage Anthony Norris, ) | |
| ) | |
| Defendant. ) | |

===========================================================================

    Pursuant to the Federal Rules of Criminal Procedure, and the Fourth Amendment to the United States Constitution, Defendant, Gage Norris, by and through his attorney, Ryan M. Pacyga, moves this Court for an Order to suppress any and all evidence obtained pursuant to the warrantless vehicle search executed in this case. The basis for this motion is that there were no search warrants supported by sufficient probable cause or otherwise violate Defendant's constitutional rights protecting him against unreasonable searches and seizures.

    This motion is based upon all files, records, and proceedings herein.

Respectfully submitted,

RYAN PACYGA CRIMINAL DEFENSE

Dated: September 15, 2020.       By:  /s/ Ryan M. Pacyga
    Ryan M. Pacyga (#321576)
    333 South 7th Street, Suite 2850
    Minneapolis, MN 55402
    612-339-5844 (phone)
    E-mail: ryan@arrestedmn.com