UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-167 (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER DISMISSING INDICTMENT** |
| GAGE ANTHONY NORRIS, | |
| Defendant. | |

---

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendant is dismissed without prejudice.

IT IS FURTHER ORDERED that the defendant, who is currently being held in federal custody at Sherburne County Jail, be released as soon as practicable.

Dated: November 25, 2020            s/Nancy E. Brasel
                                    Nancy E. Brasel
                                    United States District Court Judge